# Third District Court of Appeal
## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-690
Lower Tribunal No. F11-19910

————————

**Anthony Chavis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Anthony Chavis, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.